UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:_____

TRUSTEES of the FLORIDA CARPENTERS PENSION FUND,
FLORIDA CARPENTERS REGIONAL COUNCIL,
TRUSTEES of the FLORIDA UBC HEALTH FUND;
TRUSTEES of the FLORIDA CARPENTERS TRAINING
TRUST FUND;

        Plaintiffs,

v.

MARATHON ENGINEERING CORPORATION,
a Florida Corporation,

        Defendant.
_____/

## COMPLAINT

### GENERAL ALLEGATIONS

**COME NOW** the Plaintiffs, and file this Complaint against Defendant, and allege the following:

1. This Court has jurisdiction pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended (29 USC §185), (hereinafter referred to as the "Act"), and §502 and §515 of the Employee Retirement Income Security Act of 1974 (29 USC §1132 and §§1145) (hereinafter referred to as "ERISA").

2. Plaintiffs are as follows:

   A. The Florida Carpenters Regional Council is an unincorporated labor organization with offices located at 2860 N.W. 27th Ave. Fort Lauderdale, FL 33311 in Broward County, Florida.

   B. The Florida UBC Health Fund (hereinafter "Health Fund"), is an Employee Benefit Plan which is a multi-employer employee benefit plan within the meaning of ERISA and is authorized to bring suit under 29 USC §1132 (d) and do so through the Trustees.

   C. The Florida Carpenters Training Trust Fund (hereinafter "Apprenticeship Fund"), is an Employee Benefit Plan which is a multi-employer employee benefit plan within the meaning of ERISA and is authorized to bring suit under 29 USC §1132 (d) and do so through the Trustees.

   D. The Florida Carpenters Pension Fund (hereinafter "Pension Fund"), is an Employee Benefit Plan which is a multi-employer employee benefit plan within the meaning of ERISA and is authorized to bring suit under 29 USC §1132 (d) and do so through the Trustees.

3. The Defendant is a Florida Corporation authorized to and doing business in the State of Florida.

4. The Defendant maintains an office and a place of business located at 5615 2nd Street, Lehigh Acres, Florida 33971 in Lee County, Florida and within this judicial district.

5. The Defendant is an employer engaged in commerce within the meaning of the Act.

## COUNT I

### TRUSTEES AND EMPLOYEE BENEFIT PLANS CLAIM FOR UNPAID CONTRIBUTIONS, LIQUIDATED DAMAGES, INTEREST AND ATTORNEY'S FEES UNDER ERISA §502 AND §515

Plaintiffs, Trustees of the Florida UBC Health Fund, Trustees of the Florida Carpenters Training Trust Fund, and Trustees of the Florida Carpenters Pension Fund sue Defendant and allege:

6. Plaintiffs' re-allege and adopt by reference the allegations in paragraphs 1 - 5.

7. The Defendant is obligated to provide monthly contribution report forms and make contributions to the Trustees of the multi-employer Plan(s) under the terms of a collective bargaining agreement entered into by Defendant and Plaintiff, Florida Carpenters Regional Council, on April 20, 2012 and that has renewed from year to year through March 31, 2019. Said agreement is attached hereto and made a part hereof and are designated as Plaintiffs' Exhibits "A".

8. Said contributions are to be made to Plaintiffs.

9. The contributions due and unpaid are for work performed for the months of July, 2013 through January, 2018 and continuing.

10. The Defendant has failed to pay the contributions due in a timely manner, and has failed to provide monthly contribution report forms for all of the months in the time period of July, 2013 through January, 2018

11. Plaintiffs are entitled to an audit of Defendant's books and records in order to determine the contributions due for the months in which Defendant has not provided report forms.

12. The Plaintiffs are entitled to a reasonable attorney's fee for the maintenance of this action and the costs of bringing this action.

13. Plaintiffs are entitled to liquidated damages, both for the contributions currently unpaid as well as for prior late payments and payments due after filing of suit herein, pursuant to the collective bargaining agreement and/or Trust Agreement and/or ERISA.

**WHEREFORE,** Plaintiffs', Trustees of the Florida UBC Health Fund, Trustees of the Florida Carpenters Training Trust Fund, and Trustees of the Florida Carpenters Pension Fund pray that this Court grant unto them the following relief:

16. That the Court allow for an accounting of the Defendant's records to ascertain the correct amount of contributions to be paid.

17. That the Defendant be ordered to pay a reasonable attorney's fee for the prosecution and maintenance of this action, costs for bringing this action, interest and liquidated damages.

18. That a Final Judgment for damages be entered in favor of the Plaintiffs' Funds and against the Defendant by reason of the above for:
    A. Unpaid contributions.
    B. liquidated damages.
    C. Interest.
    D. Reasonable attorney's fees.

19. That the Court grant such other relief as it deems just and proper.

## COUNT II

### CLAIM FOR UNPAID DUES CHECKOFF PAYMENTS WITHHELD FROM WAGES OF EMPLOYEES

Plaintiff, Florida Carpenters Regional Council sues Defendant and alleges:

20. Plaintiff re-alleges and adopts by reference the allegations in paragraphs 1 - 5.

21. Pursuant to the collective bargaining agreement with Plaintiff, the Defendant has withheld dues check-off payments from the wages of its employees but has failed and refused to remit such contributions to the Union in accordance with the collective bargaining agreement.

5

22. The Defendant has failed to pay the contributions due in a timely manner, and has failed to provide monthly contribution report forms for the time period of July, 2013 through January, 2018.

23. The Plaintiff, Florida Carpenters Regional Council, is entitled to an audit of the books and records of the Defendant to determine that appropriate contributions have been made.

24. The Plaintiff, Florida Carpenters Regional Council, is entitled to a judgment for the unpaid dues check-off payments.

**WHEREFORE,** Plaintiff prays that this Court grant unto them the following relief:

25. That a Final Judgment for damages be entered in favor of the Plaintiff, Florida Carpenters Regional Council against the Defendant by reason of the above.

Dated: February 9, 2018

Respectfully submitted,

_____
**ALAN EICHENBAUM**
Attorney for Plaintiffs
7890 Peters Road, G-102
Plantation, Florida 33324
Tel. (954) 900-4919
Fax (954) 900-4919
alanlaw@bellsouth.net
aeichenbaum@bellsouth.net
By: Alan Eichenbaum

FL BAR # 253316